JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO JOSE MARRERO,                ) NO. CV 08-01716 ODW (SS)
                                   )
                 Petitioner,       )
                                   ) **JUDGMENT**
          v.                       )
                                   )
GARY SANDOR, Acting Warden,        )
                                   )
                                   )
                 Respondent.       )
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
with prejudice.

DATED: October 5, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE